# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA ANGELINGA ROSALES,<br><br>                Plaintiff,<br><br>     v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>                Defendant. | Case No.  CV 16-05873-RAO<br><br><br>**JUDGMENT OF REMAND** |

     In accordance with the Memorandum Opinion and Order filed concurrently herewith,

     IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED:    December 29, 2017

                        _____
                        ROZELLA A. OLIVER
                        UNITED STATES MAGISTRATE JUDGE