PATRICIA L. McCABE, CSBN 156634
KRISTIN E. BERK, CSBN 275840
Law Offices of Patricia L. McCabe
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406
Telephone: (818) 907- 9726
Facsimile: (818) 907-6384
E-mail: patricia@mccabedisabilitylaw.com

Attorneys for Plaintiff,
MARTHA ANGELINA ROSALES

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARTHA ANGELINA ROSALES ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> NANCY A BERRYHILL[1], ) <br> Deputy Commissioner for Operations, ) <br> Social Security ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: 2:16-CV-05873-RAO <br><br> [proposed] ORDER FOR AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) <br><br> Judge: Hon. Rozella A. Oliver |

Based upon the parties' Stipulation for Award of Attorney Fees under The Equal Access to Justice Act (EAJA), IT IS ORDERED that attorney fees be paid to Patricia L. McCabe, Counsel for Plaintiff, in the amount of FIVE THOUSAND EIGHT HUNDRED FIFTY DOLLARS and ZERO CENTS ($5,850.00), pursuant to 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date: April 13, 2018

_____
HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

---

[1] Effective November 17, 2017, Ms. Berryhill's new title is "Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security".